# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

140670

CHRISTOPHER L. EVANS,
                Plaintiff-Appellant,

v

GROSSE POINTE PUBLIC SCHOOL SYSTEM,
                Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140670
COA: 288546
Wayne CC: 08-109953-CZ

On order of the Court, the application for leave to appeal the January 19, 2010 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

p0908